**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **AARON SENNE,** *individually, and on behalf* *of all others similarly situated*, ) ) | **CASE NO.  1:15-mc-00057-DAP** |
| ) | |
| Plaintiff, ) | **JUDGE DAN AARON POLSTER** |
| ) | |
| vs. ) | **MINUTES OF TELECONFERENCE** |
| ) | and |
| **CLEVELAND INDIANS BASEBALL** ) | **ORDER** |
| **CO., LP, et al.,** ) | |
| ) | |
| Defendants. ) | |

Before the Court is Plaintiffs' Motion to Compel Production of Documents from the Indians and to Transfer this Motion to the Northern District of California, Doc #:1, filed on September 22, 2015.  After reviewing the Motion, the Court set a teleconference with counsel.

**I. TELECONFERENCE MINUTES**

On September 25, 2015, at 11:30 a.m., the Court held a teleconference attended by Garrett R. Broshuis and Geoffrey M. Johnson, for the Plaintiff, and Elise M. Bloom, Adam M. Lupion, and Todd C. Hicks, for the Defendants.  The Court canvassed the parties regarding the outstanding subpoena and lack of required meet-and-confer discussions, and the Court and

parties discussed the scope of the subpoena. Counsel for Defendants represented that they were willing to meet and confer, but the subpoena needed to be tailored. The parties represented that, of the forty-three former minor league players involved with the litigation, three players played in the Cleveland Indians organization (i.e., Matt Lawson, Brandon Pinckney, and Omar Aguilar).

After discussion, the Court directed that, by October 9, 2015, Defendants supply relevant information for the period from 2008 to the present regarding the three players who played in the Cleveland Indians organization. However, the Court observed that because the matter of class discovery is bound up in the merits of the underlying class action, it is not possible for this Court to adequately resolve that matter. Thus, the Court directed that, insofar as the Motion seeks class discovery, the matter be transferred to the Northern District of California, where Judge Joseph. C. Spero is presiding over the class action, Case No. 3:14-cv-00608-JCS.

## II. CONCLUSION

In sum, Plaintiffs' Motion to Compel Production of Documents from the Indians and to Transfer this Motion to the Northern District of California, Doc #:1, is **GRANTED** in part and **DEFERRED** in part. Defendants shall, by October 9, 2015, produce to Plaintiff all relevant information, from 2008 to the present, related to Matt Lawson, Brandon Pinckney, and Omar Aguilar. This Motion is **TRANSFERRED** to the Northern District of California for resolution of any and all issues of class discovery.

**IT IS SO ORDERED.**

                                             /s/ Dan A. Polster    Sept. 25, 2015
                                             **DAN AARON POLSTER**
                                             **UNITED STATES DISTRICT JUDGE**